UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MARIA HUGHES,

    Plaintiff,

v.                                                 Case No: 8:19-cv-2699-T-36TGW

BERNARD F. GERMAIN,

    Defendant.
_____/

# **O R D E R**

This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Thomas G. Wilson on March 25, 2020 (Doc. 19). In the Report and Recommendation, Magistrate Judge Wilson recommends that the Court grant the parties' Amended Joint Motion for Approval of Settlement and Incorporated Memorandum of Law (Doc. 17). All parties were furnished copies of the Report and Recommendation and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). On April 2, 2020, the parties filed a Joint Notice of Non-Objection (Doc. 21).

Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted. Accordingly, it is now

**ORDERED AND ADJUDGED**:

(1)     The Report and Recommendation of the Magistrate Judge (Doc. 19) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

(2) The parties' Amended Joint Motion for Approval of Settlement and Incorporated Memorandum of Law (Doc. 17) is **GRANTED.** The Settlement Agreement (Doc. 17 - 1) is **APPROVED**, as it constitutes a fair and reasonable resolution of a bona fide dispute.

(3) This action is **DISMISSED**, with prejudice.

(4) The Clerk is directed to terminate all pending motions and close this file.

**DONE AND ORDERED** in Tampa, Florida on April 2, 2020.

Charlene Edwards Honeywell
United States District Judge

Copies to:
The Honorable Thomas G. Wilson
Counsel of Record